**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: FUJII, CRAIG | § | Case No. 09-45267-BWB |
|    FUJII, JULIA | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>THOMAS B. SULLIVAN, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  219 S DEARBORN STREET
  7TH FLOOR
  CHICAGO, IL  60604

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 07/23/2010 in Courtroom 201, United States Courthouse,
57 N. OTTAWA, ROOM 201
JOLIET, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

  Date Mailed:  <u>06/17/2010</u>  By:  <u>/s/THOMAS B. SULLIVAN, TRUSTEE</u>
                      Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: FUJII, CRAIG | § | Case No. 09-45267-BWB |
| FUJII, JULIA | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 9,000.82 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 9,000.82 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | THOMAS B. SULLIVAN, TRUSTEE | $ 1,650.04 | $ |
| *Attorney for trustee* | Grochocinski, Grochocinski & Lloyd, Ltd. | $ 720.00 | $ 29.78 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor | $ | $ |
| Attorney for | $ | $ |
| Accountant for | $ | $ |
| Appraiser for | $ | $ |
| Other | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number    Claimant                                Allowed Amt. of Claim    Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 44,838.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.7 percent.

Timely allowed general (unsecured) claims are as follows:

*Claim Number    Claimant                                Allowed Amt. of Claim    Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 001 | DISCOVER BANK | $ 16,996.33 | $ 2,502.02 |
| 002 | CHASE BANK USA NA | $ 503.81 | $ 74.17 |
| 003 | PYOD LLC SUCCESSORS/ASSIGNS/ASSIGNEE OF CITIBANK | $ 9,180.98 | $ 1,351.53 |
| 004 | CREDIT FIRST NA | $ 71.96 | $ 10.59 |
| 005 | AMERICAN EXPRESS CENTURION BANK | $ 10,778.87 | $ 1,586.75 |
| 006 | PRECISION RECOVERY ANALYTICS, INC. | $ 7,306.29 | $ 1,075.56 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: preed                 Page 1 of 1                   Date Rcvd: Jun 21, 2010
Case: 09-45267                 Form ID: pdf006             Total Noticed: 26
```

The following entities were noticed by first class mail on Jun 23, 2010.
```
db/jdb       +Craig T. Fujii,    Julia Y. Fujii,    542 Truman Drive,    Oswego, IL 60543-7422
aty          +Ariane Holtschlag,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Bradley S Covey,    Springer, Brown,Covey, Gaertner & Davis,    232 S Batavia Ave,
               Batavia, IL 60510-3169
aty          +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Michael P Kelleher,    Springer, Brown, Covey, Gaertner & Davis,    232 S. Batavia Avenue,
               Batavia, IL 60510-3169
tr           +Thomas B Sullivan,    Grochocinski, Grochocinski & Lloyd Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
14786086     +American Express,    P.O. Box 360001,    Fort Lauderdale, FL 33336-0001
15047937      American Express Centurion Bank,     Becket & Lee LLP,    POB 3001,    Malvern, PA 19355-0701
14786089      BP Card Member Service,     PO Box 15325,    Wilmington, DE 19886-5325
14786087     +Baker & Miller PC,    29 N. Wacker Drive,    5th Floor,    Chicago, IL 60606-2851
14786088     +Blatt, Hasenmiller, Leibsker & Moor,     211 Landmark Drive,    Ste C-1,    Normal, IL 61761-2160
14997552      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14786090      Citi Choice Visa,    P.O. Box 2667,    Houston, TX 77252-2667
14786091     +Citibank S.D., N.A.,    P.O. Box 663,    Elgin, IL 60121-0663
15028254     +Credit First NA,    P O Box 818011,    Cleveland OH 44181-8011
14786093      Enhanced Recovery Corp.,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
14786094     +Firestone,    P.O. Box 81315,    Cleveland, OH 44181-0315
14786095     +JP Morgan Chase,    PO Box 9001020,    Louisville, KY 40290-1020
14786096     +Meijers Platinum,    GE Money Bank c/o Recovery Corp,    Atten Ramesh Singh,
               25 S E 2nd Avenue Suite 1120,    Miami, FL 33131-1605
14786097      Met Life Home Loans,    400 Horizon Way,    Suite 100,    Irving, TX 75063
15006798     +PYOD LLC its successors and assigns as assignee of,     Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
15256404      Precision Recovery Analytics, Inc,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
14786098      Sears,    Box 778,    Columbus, OH 43216
The following entities were noticed by electronic transmission on Jun 21, 2010.
14968886      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 22 2010 01:18:48     DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio 43054-3025
14786092      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 22 2010 01:18:48     Discover,    Box 6013,
               Dover, DE 19903
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Grochocinski, Grochocinski and Lloyd Ltd
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 23, 2010**                **Signature:**   *Joseph Speetjens*